UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    William J Franklin Sr
    Pamela D Franklin
          Debtor(s)

Case No. 13-42716

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2013.

2) The plan was confirmed on 12/27/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/30/2015.

5) The case was converted on 11/19/2015.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,478.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,800.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,800.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $226.25 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,226.25** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AT&T MOBILITY II LLC | Unsecured | 993.00 | 993.38 | 993.38 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 557.00 | 557.00 | 557.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 0.00 | 620.00 | 620.00 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 171.00 | 200.93 | 200.93 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 271.00 | 271.34 | 271.34 | 0.00 | 0.00 |
| EVANDA WALKER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 424.00 | 439.02 | 439.02 | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 95.00 | 492.90 | 492.90 | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 491.00 | 491.10 | 491.10 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 131.00 | 273.96 | 273.96 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,500.00 | 2,483.36 | 2,483.36 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 601.50 | 601.50 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,364.00 | 728.68 | 728.68 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 767.00 | 766.70 | 766.70 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 538.00 | 449.43 | 449.43 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 25.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| PHEASANT RUN APARTMENTS | Unsecured | 1,550.00 | 831.10 | 831.10 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 424.00 | 423.61 | 423.61 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 505.00 | 504.50 | 504.50 | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| DIGESTIVE HEALTH ASSOC | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST BANK & TRUST | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| HEALTH CARE DELIVERY SYSTEM | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE ORTHOPEDICS | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| KLEIN QUEST PARTNERS | Unsecured | 1,498.00 | NA | NA | 0.00 | 0.00 |
| LIGHT HOUSE FINANCIAL | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| MOKENA FIRE PROTECTION | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,421.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 6,187.00 | NA | NA | 0.00 | 0.00 |
| ACCURATE AUTO INSURANCE | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| ASPEN MASTERCARD | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGIST | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,574.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| COMCAST STELLAR RECOVERY | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CREDIT MANAGEMENT | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY CLUB HILLS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/CHASE | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS SOUTHWEST ( | Unsecured | 993.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO HEIGHTS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,249.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RICHTON PARK | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 1,259.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VISION FINANCIAL SERVICES | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Unsecured | NA | 362.07 | 362.07 | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Unsecured | NA | 400.02 | 400.02 | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Secured | 1,362.00 | 1,362.00 | 1,362.00 | 717.32 | 58.92 |
| TITLE MAX OF ILLINOIS | Secured | 1,400.00 | 1,400.00 | 1,400.00 | 737.34 | 60.17 |
| US CELLULAR | Unsecured | 736.00 | 745.11 | 745.11 | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,551.00 | 1,521.92 | 1,521.92 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,762.00 | $1,454.66 | $119.09 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,762.00** | **$1,454.66** | **$119.09** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,483.36 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,483.36** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,199.27** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,226.25 |
| Disbursements to Creditors | $1,573.75 |
| **TOTAL DISBURSEMENTS :** | **$5,800.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/21/2015                    By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**